IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MARKEITH JOHN WEBB,**     :
    Petitioner               :
                                 :     No. 1:22-cv-01078
    v.                           :
                                 :     (Judge Kane)
**WARDEN J. SAGE,**          :
    Respondent               :

## ORDER

**AND NOW**, on this 31st day of October, 2022, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania